IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | |
|---|---|
| SECURITYPROFILING, LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>VMWARE, INC.<br><br>   Defendant. | Civil Action No. 6:23-CV-00768-ADA<br><br>JURY TRIAL DEMANDED |

## NOTICE OF DISMISSAL WITH PREJUDICE

  Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure and the terms of a separate agreement with the Defendant VMWare, Inc., the Plaintiff, SecurityProfiling, LLC ("Company") hereby notifies the Court of its voluntary dismissal of this case with prejudice.

  All costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.

AGREED:

Dated: February 20, 2024

**BUSS & BENEFIELD, PLLC**

By: */s/ Michael A. Benefield*
Michael Benefield
State Bar No. 24073408
michael@bussbenefield.com
Brian Buss
State Bar No. 00798089
brian@bussbenefield.com
8202 Two Coves Drive
Austin, Texas 78730
Phone: 512-619-4451
Fax: 1-844-637-365